# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MARVIN BENITEZ REDONDO,**<br>**Petitioner,** | **CIVIL ACTION** |
| **v.** | |
| **JL JAMISON, JOHN E. RIFE,**<br>**MARKWAYNE MULLIN, TODD**<br>**BLANCHE, U.S. DEPARTMENT OF**<br>**HOMELAND SECURITY, EXECUTIVE**<br>**OFFICE FOR IMMIGRATION REVIEW,**<br>**Respondents.** | **NO.  26-5397** |

## O R D E R

**AND NOW**, this 31st day of July, 2026, upon consideration of the Petition for Writ of

Habeas Corpus (ECF No. 1), it is hereby **ORDERED** as follows:

1.  Respondents shall **NOT TRANSFER** Petitioner from the Eastern District of

    Pennsylvania without further order of the Court.

2.  Respondents shall file and serve a response on or before **August 4, 2026**.


**BY THE COURT:**

**/s/ Hon. Kelley B. Hodge**

_____

  **HODGE, KELLEY B., J.**